UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joanna Dyczynska,

        Plaintiff,

-against-

Versace USA, Inc. and Christopher Giunta,

        Defendants.

Case No. 16-CV-05280

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2016

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Parties, that the above-captioned action and all causes of action that were or could have been asserted therein be dismissed with prejudice without costs, disbursements or attorneys' fees to any party, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED AND AGREED that facsimile and electronic copies of the signatures on this stipulation may be treated as originals for all purposes.

| LAW OFFICES OF HARVEY S. MARS, LLC | LITTLER MENDELSON, P.C. |
|---|---|
| By: *Harvey S. Mars* | By: *Philip M Berkowitz* |
| Harvey S. Mars | Philip M. Berkowitz |
| 322 West 48th Street, 6th Floor | 900 Third Avenue |
| New York, NY 10036 | New York, New York 10022 |
| (212) 765-4300 | 212.583.9600 |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
11/16/16